**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

—————————

No. 97-1201EA

—————————

Jasper Vick,                           *
                                       *
            Appellant,                 *    Appeal from the United States
                                       *    District Court for the Eastern
     v.                                *    District of Arkansas.
                                       *
John Martin, Judge, Brinkley           *         [UNPUBLISHED]
Municipal Court,                       *
                                       *
            Appellee.                  *

—————————

Submitted:  March 5, 1997

Filed:  March 17, 1997

—————————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

—————————

PER CURIAM.

     Jasper Vick appeals the district court's order dismissing Vick's 42 U.S.C. § 1983 complaint against Brinkley Municipal Judge John Martin.  Having reviewed Vick's complaint, we agree with the district court that Judge Martin was immune from this damages suit. See Duty v. City of Springdale, Ark., 42 F.3d 460, 462 (8th Cir. 1994) (per curiam).  We thus affirm the district court. See 8th Cir. R. 47A(a).

     A true copy.

          Attest:

               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.